**Order entered September 9, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00859-CV

### KIRKSTALL ROAD ENTERPRISES, INC., Appellant

### V.

### ARKING JONES, Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-01794**

## ORDER

We **GRANT** appellant's unopposed motion for extension of time to file brief and

**ORDER** the brief be filed no later than October 12, 2016.

/s/     CRAIG STODDART
        JUSTICE